| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROBERTS, VICTORIA A | EASTERN DISTRICT OF MICHIGAN | 08/04/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES DISTRICT COURT 231 W. LAFAYETTE BLVD ROOM 123 DETROIT, MI. 48226 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PARTNER | GEMB PARTNERSHIP, LAW FIRM, NO CONTROL |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | GEMB PARTNERSHIP, LAW FIRM, NO CONTROL |
| 2. | |
| 3. | |

RECEIVED 2006 AUG 10 A 10: 58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | GEMB PARTNERSHIP, NO CONTROL, NET LOSS | $ 230 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. STATE BAR OF MICHIGAN | JUNE 10-11 MACKINAC ISLAND, MI. - SEMINAR, (HOTEL AND FOOD) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 08/04/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 08/04/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SIMONE ROAD, L.L.C | A | Rent | K | W | | | | | |
| 2. JUDY CIRCLE, L.L.C. | A | Rent | K | W | | | | | |
| 3. FAIRVIEW DRIVE, L.L.C. | A | Rent | K | W | | | | | |
| 4. DOVER ROAD, L.L.C | A | Rent | K | W | | | | | |
| 5. BURGER ROAD, L.L.C | B | Rent | K | W | | | | | |
| 6. DEARBORN HEIGHTS, L.L.C | A | Rent | K | W | | | | | |
| 7. PALMER ROAD, L.L.C | A | Rent | K | W | | | | | |
| 8. KNOLSON ROAD, L.L.C | A | Rent | K | W | | | | | |
| 9. I.R.A. - JANUS FUND | A | Dividend | K | T | | | | | |
| 10. I.R.A. - JANUS TWENTY FUND | A | Dividend | K | T | | | | | |
| 11. I.R.A. - JANUS VENTURE FUND | A | Dividend | K | T | | | | | |
| 12. I.R.A. - AIM CONSTELLATION FUND | A | Dividend | K | T | | | | | |
| 13. I.R.A. - LASALLE BANK CD'S | A | Interest | K | T | | | | | |
| 14. JP MORGAN CHASE - SAVINGS | A | Interest | J | T | | | | | |
| 15. JANUS FUND | A | Dividend | K | T | | | | | |
| 16. JANUS TWENTY FUND | A | Dividend | J | T | | | | | |
| 17. JANUS VENTURE FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DAIMLER CHRYSLER STOCK | A | Dividend | J | T | | | | | |
| 19. ANN ARBOR TRAIL ASSOC., L.L.C. | A | Rent | K | W | | | | | |
| 20. SALOMON SMITH BARNEY I.R.A. | A | Dividend | M | T | | | | | |
| 21. -AIM AGGRESSIVE GROWTH FUND CLASS A | | | | | | | | | |
| 22. -AIM PREMIER EQUITY FUND CLASS A | | | | | | | | | |
| 23. -AIM INTERNATIONAL GROWTH FUND CLASS A | | | | | | | | | |
| 24. -JOHN HANCOCK SMALL CAP GROWTH FD A | | | | | | | | | |
| 25. -MFS EMERGING GROWTH FUND CL A | | | | | | | | | |
| 26. -FRANKLIN MUTUAL SHARES FUND CLASS A | | | | | | | | | |
| 27. -SMALLCAP WORLD FUND CLASS A | | | | | | | | | |
| 28. -TEMPLETON DEVELOPING MARKETS TRUST CLASS A | | | | | | | | | |
| 29. -WASHINGTON MUTUAL INVESTORS FUND CLASS A | | | | | | | | | |
| 30. -SALOMON SMITH BARNEY MONEY FUND | | | | | | | | | |
| 31. JP MORGAN CHASE-CHECKING | A | Interest | K | T | | | | | |
| 32. LASALLE BANK C.D. | A | Interest | K | T | | | | | |
| 33. LASALLE BANK C.D. | A | Interest | K | T | BUY | 06-15 | K | | |
| 34. LASALLE BANK C.D. | A | Interest | K | T | BUY | 5-31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LASALLE BANK C.D. | A | Interest | K | T | BUY | 5-31 | K | | |
| 36. LASALLE BANK C.D. | A | Interest | J | T | BUY | 12-30 | J | | |
| 37. LASALLE BANK C.D. | A | Interest | J | T | BUY | 12-30 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A | 08/04/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II. Agreements.

Goodman, Eden, Millender & Bedrosian Retirement Plan has been removed as the Plan was terminated during the year 2005, and all assets were distributed in 2005 or in prior years

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date ___ 8/8/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544